FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            ) Case No.: SACR04-122 DOC
                        Plaintiff,   ) ORDER OF DETENTION AFTER
        vs.                          ) HEARING
Silvestre-Gutierrez,                 ) [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
Jose Luis          Defendant.        )     § 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __Backgrd, cnty ties unknown; bail resources unknown; illegal immigr status; absconder status__

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___apparent recent conv for narcotics offense___

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: __4/13/10__

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE